379 A.2d 595

Commonwealth v. Knighton, Appellant.

Submitted December 6, 1976. Gary Neil Asteak, Assistant Public Defender, for appellant; Robert A. Freedberg, Assistant District Attorney, and John E. Gallagher, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.